**Form 3-1**

**UNITED STATES COURT OF INTERNATIONAL TRADE**   **FORM 3**

| | |
|---|---|
| PHOSAGRO PJSC, JSC APATIT,<br><br>                              Plaintiffs,<br><br>     v.<br><br>UNITED STATES,<br>                              Defendant**.** | **C I T   N o .   2 1 - 0 0 2 2 1**<br><br>**S U M M O N S** |

**TO:**   The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C § 1581(c) to contest the determination described below.



　　　　　　　　　　　　　　　　　　　　　　**/s/ Mario Toscano**
　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

---

1. Plaintiffs PhosAgro PJSC and its wholly owned subsidiary, JSC Apatit, are Russian manufacturers of phosphate fertilizers (collectively, "PhosAgro").  PhosAgro participated in the countervailing duty ("CVD") investigation that is the subject of this action through submissions of factual information and argument, and is an interested party within the meaning of section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1677(9)(A).  PhosAgro has standing to bring this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

   (Name and standing of plaintiff)

2. PhosAgro contests certain aspects of the final determination issued by the U.S. Department of Commerce, International Trade Administration ("ITA"), in its CVD investigation of Phosphate Fertilizers from Russia, Case No. C-821-825.

   (Brief description of contested determination)

3. February 16, 2021 (DOC CVD Final Determination); April 7, 2021 (CVD Order)
   (Date of determination)

**Form 3-1**

4. <u>February 16, 2021 (86 Fed. Reg. 9,479) (DOC CVD Final Determinations); April 7, 2021 (86 Fed. Reg. 18,037) (CVD Order)</u>
(If applicable, date of publication in Federal Register of notice of contested determination)

      Respectfully submitted,

      <u>/s/ H. Deen Kaplan</u>
      H. Deen Kaplan
      Jonathan T. Stoel
      Jared R. Wessel
      Maria A. Arboleda
      Nicholas R. Sparks

      HOGAN LOVELLS US LLP
      Columbia Square
      555 Thirteenth Street, N.W. Washington, DC 20004-1109
      (202) 637-5799
      deen.kaplan@hoganlovells.com

      *Counsel to PhosAgro PJSC and JSC Apatit*

Date: May 6, 2021